The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARKESH FARWAHA, | Case No. 2:25-cv-02131-TL |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Plaintiff, Harkesh Farwaha ("Plaintiff"), and Defendant, The Prudential Insurance Company of America (collectively the "Parties"), by and through their respective attorneys, submit the following joint notice of settlement and request to stay. On May 15, 2026, the Parties reached a settlement in principle in this matter. The Parties anticipate that they will be able to file a joint stipulation of dismissal with prejudice within forty-five (45) days of the filing of this notice, and the Parties respectfully request that the Court stay the remaining deadlines in this matter for forty-five (45) days pending the finalization of the release and settlement agreement.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement, and request that the Court enter an order staying the deadlines in the case for forty-five (45) days.

JOINT NOTICE OF SETTLEMENT
[NO. 2:25-CV-02131-TL] - 1

326065973v.1

Respectfully submitted this 27th day of May 2026.

AARON ENGLE LAW PLLC

/s/ Aaron I. Engle
Aaron I. Engle, WSBA #37955
100 2nd Avenue South, Suite 210
Edmonds, Washington 98020
T: 206.623.7520 F: 206.622.7068
Aaron@aaronenglelaw.com

Attorneys for Plaintiff

SEYFARTH SHAW LLP

/s/ Lauren Parris Watts
Lauren Parris Watts, WSBA #44064
Seyfarth Shaw LLP
999 Third Avenue, Suite 4700
Seattle, WA  98104-4041
T:  206.946.4970 F:  312.460.7000
lpwatts@seyfarth.com

/s/ Ian H. Morrison
Ian H. Morrison, Esq. (*pro hac vice*)
Seyfarth Shaw LLP
233 Wacker Drive, Suite 8000
Chicago, IL  60606-6048
T: 312.460.5000   F: 312.460.7000
imorrison@seyfarth.com

/s/ Shelley R. Hebert
Shelley R. Hebert, Esq. (*pro hac vice*)
Seyfarth Shaw LLP
233 Wacker Drive, Suite 8000
Chicago, IL  60606-6048
T: 312.460.5000   F: 312.460.7000
shebert@seyfarth.com

Attorneys for Defendant

JOINT NOTICE OF SETTLEMENT
[NO. 2:25-CV-02131-TL] - 2

326065973v.1

## CERTIFICATE OF SERVICE

I hereby declare that on this 27th day of May, 2026, I caused a copy of the ***Joint Notice of Settlement*** to be electronically filed with the Court using the ECF-Filing system which will send notification of such filing to all counsel of record.

DATED this 27th day of May, 2026.

*/s/Lauren Parris Watts*
Lauren Parris Watts, WSBA #44064
999 Third Avenue, Suite 3000
Seattle, WA 98104
P: (206) 946-4970
lpwatts@seyfarth.com

JOINT NOTICE OF SETTLEMENT
[NO. 2:25-CV-02131-TL] - 3

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

326065973v.1