Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

HARKESH FARWAHA,

Plaintiff,

vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, a foreign
corporation,

Defendants.

Case No.:  2:25-cv-02131-TL

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Harkesh Farwaha and Defendant The Prudential Insurance Company of America, by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses and attorneys' fees.

DATED this 10th day of June, 2026.

AARON ENGLE LAW PLLC

SEYFARTH SHAW LLP

/s/ Aaron I. Engle
Aaron I. Engle, WSBA #37955
100 2nd Avenue South, Suite 210
Edmonds, Washington 98020
T: 206.623.7520 F: 206.622.7068
Aaron@aaronenglelaw.com

/s/ Lauren Parris Watts
Lauren Parris Watts, WSBA No. 44064
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Phone: (206) 946-4910
Email: lpwatts@seyfarth.com

Notice of Voluntary Dismissal - 1

AARON ENGLE LAW PLLC
100 2nd Avenue South, Suite 210
Edmonds, Washington 98020
T:  206.623.7520 F:  206.622.7068

Attorney for Plaintiff

Counsel for Defendant
*THE PRUDENTIAL INSURANCE*
*COMPANY OF AMERICA*

/s/ Shelley R. Hebert
Shelley R. Hebert #6280805
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Phone: (312) 460-5000
Email: shebert@seyfarth.com
*Counsel for Defendant*
*THE PRUDENTIAL INSURANCE*
*COMPANY OF AMERICA*

/s/ Ian H. Morrison
Ian H. Morrison #6231153
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Phone: (312) 460-5000
Email: imorrison@seyfarth.com
*Counsel for Defendant*
*THE PRUDENTIAL INSURANCE*
*COMPANY OF AMERICA*

AARON ENGLE LAW PLLC
100 2nd Avenue South, Suite 210
Edmonds, Washington 98020
T:  206.623.7520 F:  206.622.7068